**DISMISS and Opinion Filed April 17, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00135-CV

## RAMON CERVANTES, JR., Appellant
## V.
## STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND JESTEN ROGERS, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-09593**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Breedlove
Opinion by Chief Justice Burns

On February 26, 2024, we sent a letter to the parties questioning our jurisdiction because it appears the judgment is not final. We directed appellant to file a letter brief addressing our jurisdictional concern no later than March 7, 2024. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed a letter brief nor further corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 42.3(b), (c).


/Robert D. Burns, III/

ROBERT D. BURNS, III
CHIEF JUSTICE

240135F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RAMON CERVANTES, JR.,
Appellant

No. 05-24-00135-CV     V.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY AND JESTEN
ROGERS, Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-09593.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Breedlove participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered April 17, 2024